1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME PANUCO, | ) | Case No. ED CV 10-1074 CJC (JCG) |
|               Petitioner, | ) ) | |
|     v. | ) ) | **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| JAMES D. HARTLEY, | ) ) | |
|               Respondent. | ) ) ) | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. Having made a *de novo* determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

     1.    Judgment shall be entered dismissing the action with prejudice.

/

/

1    2.   The Clerk shall serve copies of this Order and the Judgment herein on
2 the parties.

4 DATED: February 3, 2011.

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE