JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAIME PANUCO,

           Petitioner,

        v.

JAMES D. HARTLEY, Warden,

           Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 10-1074 CJC (JCG)

**JUDGMENT**

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: February 3, 2011.

_____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE